476 A.2d 54

Commonwealth v. Cummings, Appellant.
Reargument Denied June 18, 1984.

Submitted September 22, 1983. Richard M. Kastendieck, Deputy Public Defender, for appellant; Wallace H. Bateman, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence affirmed.

JOHNSON, J., filed a dissenting memorandum.

474 A.2d 640

Commonwealth v. Cunningham, Appellant.

Submitted November 18, 1983. Robert A. Rovner, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.